```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                        Case No. 11-cr-145-PB

**Michael Wilson, aka James Jones**

### O R D E R

The defendant has moved to continue the April 2, 2013 trial in the above case, citing the need for additional time to engage in plea negotiations or prepare a defense.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and in order to allow the parties additional time to properly prepare for trial, the court agrees to continue the trial from April 2, 2013 to June 4, 2013. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The March 25, 2013 final pretrial conference is continued to May 20, 2013 at 3:00 p.m.

    SO ORDERED.

                                            <u>/s/Paul Barbadoro</u>
                                            Paul Barbadoro
                                            United States District Judge

March 19, 2013

cc:   Jonathan Saxe, Esq.
      Robert Kinsella, AUSA
      United States Marshal
      United States Probation